**Electronically Filed
Supreme Court
SCWC-23-0000409
26-DEC-2024
09:43 AM
Dkt. 20 ODAC**

SCWC-23-0000409

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KAMALEI WILBUR-DELIMA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000409; CASE NOS. 1PC151000955, 1PC151001274,
1PC151001978, AND 1PC161001506)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Kamalei Wilbur-Delima's application for writ of certiorari filed on October 28, 2024, is rejected.

DATED:  Honolulu, Hawai'i, December 26, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

